# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| SEAN SHEFFLER, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ACTIVATE HEALTHCARE, LLC and EVERSIDE HEALTH, LLC,<br><br>　　　　Defendants. | Case No. 1:23-cv-01206-SEB-TAB |

## [PROPOSED] ORDER ON JOINT MOTION TO EXTEND STAY

Presently before the Court is Plaintiff Sean Sheffler ("Plaintiff") and Defendants Activate Healthcare, LLC and Everside Health, LLC's ("Defendants") Joint Motion to Extend Stay. Having considered the Motion and appearing that both parties consent to and do not opposed the requested relief, and for good cause shown, the Court hereby grants the motion. [Filing No. 40.]

IT IS THEREFORE ORDERED that the Court stays all case proceedings for an additional fourteen (14) days for Plaintiff to file a motion for preliminary approval of the class action settlement.

Date: 6/11/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to counsel of record via CM/ECF