UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SEAN SHEFFLER individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:23-cv-01206-SEB-TAB ) |
| ACTIVATE HEALTHCARE, LLC, EVERSIDE HEALTH, LLC, | ) ) ) |
| Defendants. | ) |

**The Honorable Sarah Evans Barker, Judge**
**Entry for September 4, 2024**

This cause is set for a hearing on final approval of class action settlement on January 29, 2025, at 2:00 p.m. in Room 216 of the United States Courthouse in Indianapolis, Indiana.

Distribution:

Bonnie Keane DelGobbo
BAKER & HOSTETLER LLP
bdelgobbo@bakerlaw.com

Chelsea Lamb
Baker & Hostetler LLP
clamb@bakerlaw.com

Carl Vincent Malmstrom
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
malmstrom@whafh.com

Christopher Wiech
Baker & Hostetler LLP
cwiech@bakerlaw.com