UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SEAN SHEFFLER individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ACTIVATE HEALTHCARE, LLC, <br> EVERSIDE HEALTH, LLC, <br><br> Defendants. | ) ) ) ) ) ) ) No. 1:23-cv-01206-SEB-TAB ) ) ) ) ) ) |

**The Honorable Sarah Evans Barker, Judge**
**Entry for January 29, 2025**

On this date, Carl Vincent Malmstrom, counsel for Plaintiff and Chelsea Lamb and Christopher Wiech, counsel for Defendant appeared telephonically for a fairness hearing. The hearing was reported by Court Reporter, David Moxley.

- The parties discussed the status of class notice mailing, the settlement agreement, and the attorney fee request.

- The final settlement agreement and the attorney fee request were approved by the Court (as stated on the record.)

- The parties will report to the Court conclusion of the distribution of the funds.

- The proceedings were adjourned.

Distribution:

Bonnie Keane DelGobbo
BAKER & HOSTETLER LLP
bdelgobbo@bakerlaw.com

Chelsea Lamb
Baker & Hostetler LLP
clamb@bakerlaw.com

Carl Vincent Malmstrom
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
malmstrom@whafh.com

Christopher Wiech
Baker & Hostetler LLP
cwiech@bakerlaw.com